1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 412811)
3  Chief, Criminal Division

4  KATIE BURROUGHS MEDEARIS (CABN 121782)
   Assistant United States Attorney
5      1301 Clay Street, Suite 340S
       Oakland, California 94612
6      Telephone: (510) 637-3704
       FAX: (510) 637-3724
7      katie.medearis@usdoj.gov

8  Attorneys for United States of America

9
                      UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
                              OAKLAND DIVISION
12

13
   UNITED STATES OF AMERICA,            ) Case No.14-MJ-71426 -MAG
14                                      )
          Plaintiff,                    )
15                                      ) STIPULATION AND [PROPOSED] ORDER
              v.                        ) WAIVING TIME UNDER RULE 5.1 AND
16                                      ) RESCHEDULING THE PRELIMINARY HEARING
   JOSE VLADAMIR ORTIZ,                 ) FROM MARCH 19, 2015 TO MARCH 25, 2015
17                                      )
          Defendant.                    )
18                                      )
                                        )
19                                      )

20

21                                **STIPULATION**

22      Defendant Jose Ortiz (hereafter, the "Defendant") was charged by complaint in the above-

23 referenced matter in the Northern District of California with conspiracy to possess with intent to

24 distribute a controlled substance, to wit: cocaine.  The parties have been discussing a pre-indictment

25 resolution and are in the final stages of doing so, following a recent counter-proposal by defense

26 counsel.  As such, the parties require an additional week to allow time to formalize the agreement and

27 prepare the anticipated plea agreement.  Further, defense counsel requires additional time to meet with

28 her in-custody client to review the anticipated plea agreement.

STIP. AND [PROPOSED] ORDER
Case No.14-MJ-71426 -MAG

1  For the reasons stated above, Defendant and the Government jointly request that the preliminary
2  hearing date be moved from March 19, 2015 to March 25, 2015.  The parties further request that time be
3  excluded and waived under Federal Rule of Criminal Procedure 5.1 between the aforementioned dates
4  and such wavier is made with Defendant's consent.  Based on the good cause described above, the
5  parties make their request to allow for effective preparation of counsel and in the interests of justice.
6  IT IS SO STIPULATED.
7  DATED: March 18, 2015

                                                                /s/
                                            KATIE BURROUGHS MEDEARIS
                                            Assistant United States Attorney


                                                                /s/
                                            JOYCE LEVITT
                                            Counsel for Jose Ortiz



### [~~PROPOSED~~] ORDER

For the reasons stated by the parties, the Court finds that the aforementioned request is supported by good cause and made with the consent of Defendant.  Fed. R. Crim. Proc. 5.1(c) and (d).  The Court therefore finds that an exclusion and waiver of time between March 19, 2015 and March 25, 2015 is merited under Federal Rules of Criminal Procedure Rule 5.1(c) and (d) and moves the date of the preliminary to March 25, 2015.

IT IS SO ORDERED.

Dated: March __18__, 2015

                                            _____
                                            HONORABLE KANDIS WESTMORE
                                            United States Magistrate Judge

STIP. AND [PROPOSED] ORDER
Case No.14-MJ-71426 -MAG