STEVEN KALAR
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant JOSE VLADAMIR ORTIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> JOSE VLADAMIR ORTIZ, ) <br> ) <br> Defendant. ) | No. CR 14-MJ-71426-MAG <br><br> STIPULATION AND [~~PROPOSED~~] ORDER WAIVING TIME UNDER RULE 5.1 AND CONTINUING PRELIMINARY HEARING DATE FROM MARCH 25, 2015 TO APRIL 10, 2015 |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the court date for Jose Vladamir Ortiz, currently scheduled for March 25, 2015, at 9:30 a.m., be continued to April 10, 2015, at 9:30 a.m. for waiver of indictment and arraignment on information. After much negotiation between the parties, the government has proposed a pre-indictment resolution. Defense counsel was unable to meet with her client to review the proposal until today, March 23, 2015, and Mr. Ortiz requests additional time to consider it. In addition, defense counsel has additional investigation to do and requires additional time for effective preparation. Furthermore, defense counsel will be out of state and unavailable during the week of March 30, 2015.

For the reasons stated above, Mr. Ortiz and the government jointly request that the preliminary

- 1 -

hearing date be moved from March 25, 2015 to April 10, 2015. The parties further request that time be excluded and waived under Federal Rule of Criminal Procedure 5.1 between the aforementioned dates and such waiver is made with Mr. Ortiz' consent. Based on the good cause described above, the parties make their request to allow for effective preparation of counsel and in the interests of justice.

SO STIPULATED

DATED: 3/23/15                         /s/
                                       JOYCE LEAVITT
                                       Assistant Federal Public Defender

DATED: 3/23/15                         /s/
                                       KATIE BURROUGHS MEDEARIS
                                       Assistant United States Attorney

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that, based upon the reasons stated by the parties, the Court finds that the request to continue the date is supported by good cause and made with the consent of defendant Jose Vladamir Ortiz. Fed. R. Crim. Pro 5.1(c) and (d). The Court therefore finds that an exclusion and waiver of time between March 25, 2015 and April 10, 2015, is merited under Federal Rules of Criminal Procedure Rule 5.1(c) and (d) and moves the date of the preliminary hearing to April 10, 2015 at 9:30 a.m.

SO ORDERED.

DATED:  3/24/15                        _____
                                       HONORABLE KANDIS WESTMORE
                                       United States Magistrate Judge